J. L. Prager, for appellant. S. J. Rosenblum, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BRUNER, Appellant, v. TORREY et al., Respondents. (Supreme Court, Appellate Division. Second Department. January 5, 1912.) Action by Evelyn Day Bruner against Frank B. Torrey ·as executor, etc., of Edward Warren Day, deceased, and others. No opinion. Order affirmed, with $10 costs and disbursements. See also, 141 App. Div. 838, 125 N. Y. Supp. 915.

BRYAN v. SAFIR. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by William J. Bryan against Carl Safir. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

BUGBEE, Appellant, v. OVERSTREET, Respondent. (Supreme Court, Appellate Division, First Department. December 29, 1911.) Action by Dana J. Bugbee against William I. Overstreet. E. A. Alexander for appellant. R. Krause, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 145 App. Div. ·921, 130 N. Y. Supp. 1106.

BUTCHER. Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. December 21, 1911.) Action by Jacob S. Butcher against the City of New York.
PER CURIAM. Judgment and order affirmed, with costs. See, also, 144 App. Div. 908, 128 N. Y. Supp. 1116.
WOODWARD, J., dissents.

BUTTS, Respondent, v. GIBBS, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. December 8, 1911.) Action by Susan Phillips Butts against John W. Gibbs, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements.

BYSTROM REALTY & CONTRACTING CO., Respondent, v. MACK PAVING & CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department. December 8, 1911.) Action by the Bystrom Realty & Contracting Company against the Mack Paving & Contracting Company. L. L. Kellogg, for appellant. R. L. Roguet, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

. CALLAHAN v. MUNSON S. S. LINE et al. (Supreme Court, Appellate Division, Second Department. December 16, 1911.) Action by Michael Callahan against the Munson Steamship Line, and others.
PER CURIAM. Judgment and order (71 Misc. Rep. 525, 130 N. Y. Supp. 869) affirmed, with costs, on the authority of Callahan v. Munson Steamship Line, 141 App. Div. 791, 126 N. Y. Supp. 538.
THOMAS, J., dissents.

CAMBRIDGE TRUST CO., Appellant, v. MERRIAM et al., Respondents. (Supreme Court, Appellate Division, Second Department. January·12, 1912.) Action by the Cambridge Trust Company against Henry Merriam and Stanley L. Smith, as partners, etc., and Harry W. Bennett. No opinion. Order modified, by striking out subdivisions V and VIII thereof, and, as so modified, affirmed, without costs.

CAMPBELL v. RODGERS. (Supreme Court, Appellate Division, First Department. December 8, 1911.) Action by John H. Campbell against John C. Rodgers. No opinion. Application denied, with $10 costs. Order signed. See, also, 72 Misc. Rep. 395, 130 N. Y. Supp. 243.

CANAVAN BROS. CO., Appellant, v. BENDHEIM et al., Respondents. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by the Canavan Bros. Company against Adolph M. Bendheim and another. L. L. Kellogg, for appellant. A. Freyer for respondents. No opinion. Order (128 N. Y. Supp. 435) affirmed, with $10 costs and disbursements. Order filed.

CASEY, Respondent, v. AUBURN TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1911.) Action by James A. Casey, as administrator, etc., against the Auburn Telephone Company. No opinion. Order (131 N. Y. Supp. 1) affirmed, with $10 costs and disbursements.

CASEY et al., Respondents, v. TOMPKINS COUNTY CO–OP. FIRE INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by Catherine Casey and another against the Tompkins County Co-operative Fire Insurance Company. No opinion. Judgment and order unanimously affirmed, with costs.

CAWTHRA v. CAWTHRA. (Supreme Court, Appellate Division, Fourth Department. December 6, 1911.) Action by Celia B. Cawthra against Edward J. Cawthra. No opinion. Appeal dismissed, without costs, upon stipulation filed.

CEPENOBUIZ, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 10, 1911.) Action by Co-

menaroiz Cepenobuiz, as administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former opinion, see 132 N. Y. Supp. 143.

---

CHARLES H. BROWN · PAINT CO., Respondent, v. REINHARDT, Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 5, 1912.) Action by the Charles H. Brown Paint Company against Charles J. Reinhardt, impleaded with William W. Penfield.

PER CURIAM. Judgment affirmed, with costs. See, also, 131 N. Y. Supp. 1107.

WOODWARD, J., dissents.

---

CHOROST, Appellant, v. TEITELBAUM, Respondent. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by Aron Chorost against Louis Teitelbaum.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event. As defendant admitted an indebtedness of $18, judgment should not have been entered dismissing plaintiff's complaint. In view of the confused character of the testimony given upon the trial of this action, we think, in the interests of justice, that instead of requiring defendant to stipulate for judgment for the sum admitted to be due, with costs, a new trial should be ordered, when, perhaps, the testimony may be presented in a more intelligible manner.

---

In re CITY OF NEW YORK (Cross River Dam or Reservoir). (Supreme Court, Appellate Division, Second Department. December 21, 1911.) In the matter of the application of the City of New York, to acquire certain real estate in the Towns of Lewisboro, etc., for the purpose of a dam or reservoir on Cross river, etc.

PER CURIAM. Order of the Special Term reversed, with $10 costs and disbursements, on the authority of Matter of Blackwell's Island Bridge, 198 N. Y. 84, 92, 91 N. E. 278, and matter remitted to the Special Term for the appointment of new commissioners and a new hearing. See, also, 126 App. Div. 934, 110 N. Y. Supp. 1148.

---

In re CITY OF NEW YORK (Valley Stream). (Supreme Court, Appellate Division, Second Department. December 8, 1911.) In the matter of the application of the City of New York, appellant, to acquire certain real estate at Valley Stream, etc., for purposes of water supply.

PER CURIAM. Order modified, on reargument, by reducing the compensation for each commissioner to $6,500, and, as so modified, the order is affirmed, without costs.

HIRSCHBERG, J., votes for affirmance.

---

CITY OF NEW YORK v. FREDERICKS. (Supreme Court, Appellate Division, First Department. December 8, 1911.) Action by the City of New York against Henry J. Fredericks. No opinion. Application granted. Order signed.

---

CITY OF NEW YORK, Appellant, v. SICILIAN ASPHALT PAVING CO., Respondent. (Supreme Court, Appellate Division, First Department. December 29, 1911.) Action by the City of New York against the Sicilian Asphalt Paving Company. T. Farley, for appellant. W. L. Glenney, for respondent.

PER CURIAM. Judgment affirmed, with costs, on opinion of Scott, J., on former appeal. 145 App. Div. 817, 130 N. Y. Supp. 468. Order filed.

INGRAHAM, P. J., and McLAUGHLIN, J., dissenting, on dissenting opinion of McLaughlin, J., on former appeal.

---

CITY & SUBURBAN HOMES CO. v. PEOPLE et al. (Supreme Court, Appellate Division, Second Department. January 5, 1912.) Action by the City & Suburban Homes Company against the People of the State of New York and others. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of Hawes v. United States Trust Co., No. 1, 142 App. Div. 789, 127 N. Y. Supp. 632.

---

CLARK, Appellant, v. O'NEILL, Respondent. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by Bessie · Clark against D. Edwin O'Neill. N. April, for appellant. J. T. Lewis, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to plaintiff to withdraw demurrer on payment of costs. Order filed.

---

CLARKE v. MOORE. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by Mary Clarke against Elizabeth J. Moore. With this case have been consolidated in this court cases bearing titles as follows: George X. Wilson v. Patrick Reilly; Marta Montalaro v. Maxwell & Dempsey; Anton H. Meyer v. George Carmer et al. (two cases); Lazzari & Barton v. George R. Walgrove. No opinion. Motions granted, with $10 costs. Orders filed.

---

CLARKE, Respondent, v. SCHMIDT, Appellant. (Supreme Court, Appellate Division, First Department. December 29, 1911.) Action by James Clarke against Frederick Schmidt. H. L. Scheuerman, for appellant. C. A. Mead, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

CLASS, Appellant, v. CONGER MFG. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 29, 1911.) Action by George B. Class against the Conger